**United States District Court**
**Western District of Kentucky**
**at Louisville**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NUMBER: 3:18-MJ-564-RSE** |
| **YENNY YAMILETH PINO** | **DEFENDANT** |

<u>**ORDER ON INITIAL APPEARANCE**</u>

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, and was called in open Court on October 2, 2018, to conduct an initial appearance on a Complaint filed in the Southern District of Texas.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Daniel P. Kinnicutt, Assistant United States Attorney |
| For the defendant: | Defendant Yenny Yamileth Pino - Present and in custody |
| Court Reporter: | Digitally Recorded Proceedings |

At the initial appearance, the defendant acknowledged her identity, was furnished with a copy of the Complaint, was advised of the allegations contained therein, and was advised of her rights. The defendant advised the Court that she would retain counsel for future proceedings.

The United States having moved for the detention of the defendant;

**IT IS HEREBY ORDERED** that this case is scheduled for a detention hearing and removal proceedings on **Thursday, October 4, 2018 at 2:00 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal pending further order of the Court.

This 4th day of October, 2018

ENTERED BY ORDER OF THE COURT:
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
VANESSA L. ARMSTRONG, CLERK
BY: *Kim Davis* - Deputy Clerk

Copies: U.S. Attorney
  Counsel for Defendant

0|10